IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DEUTSCH, | 1:13-cv-0504-LJO-DLB (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| A. ENENMOH, et al, | ( ECF No. 7) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On April 19, 2013, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the Court granted Plaintiff's previous application to proceed in forma pauperis in the present case on April 10, 2013, IT IS HEREBY ORDERED THAT Plaintiff's application, filed April 19, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   May 2, 2013           /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE